**Dismiss and Opinion Filed June 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01339-CV**

**SHONNA REITER, Appellant**
**V.**
**ANDREW JACKSON, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-08004**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's unopposed motion to dismiss this appeal. We

grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


221339f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

SHONNA REITER, Appellant

No. 05-22-01339-CV      V.

ANDREW JACKSON, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-21-08004. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 7th day of June, 2023.